### NICHOLS v. STATE (two cases).
### Nos. 26459, 26460.

Court of Criminal Appeals of Texas.
June 27, 1953.

### HOLLEMAN v. STATE.
### No. 26514.

Court of Criminal Appeals of Texas.
June 27, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the unlawful sale of whiskey in a dry area; the punishment, 90 days in jail and a fine of $200.

The record is before us without a statement of facts or bills of exception.

 All the proceedings appear regular and nothing is presented for our review. The judgment is affirmed, and no motion for rehearing will be entertained.